RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Corey Marcus Valrey

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COREY MARCUS VALREY,<br><br>　　　　Defendant. | Case No. 2:22-cr-00220-APG-DJA-1<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and Mina Chang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Corey Marcus Valrey, that the Sentencing Hearing currently scheduled on July 11, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

　　　This Stipulation is entered into for the following reasons:

1. Defense counsel entered her notice of appearance in this case on May 19, 2025, replacing Mr. Valrey's former Federal Public Defender who recently retired from the office.

2. Pursuant to the plea agreement, defense counsel may move the Court for a downward variance pursuant to 18 U.S.C. § 3553.

3. Defense counsel needs additional time to review discovery and meet with Mr. Valrey to effectively prepare the mitigation case for sentencing.

4. The defendant is not in custody and agrees with the need for the continuance.

5. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 5th day of June, 2025.

RENE L. VALLADARES  
Federal Public Defender

SIGAL CHATTAH  
United States Attorney

By */s/ Joanne L. Diamond*  
JOANNE L. DIAMOND  
Assistant Federal Public Defender

By */s/ Mina Chang*  
MINA CHANG  
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00220-APG-DJA-1 |
| Plaintiff, | **ORDER** |
| v. | |
| COREY MARCUS VALREY, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Friday, July 11, 2025 at 10:00 a.m., be vacated and continued to October 8, 2025 at the hour of 9:30 a.m. in Courtroom 6C; or to a time and date convenient to the court.

DATED this 6th day of June, 2025.

_____
ANDREW P. GORDON
CHIEF U.S. DISTRICT JUDGE